| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 15, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUSENCIO ALVAREZ CORTEZ,<br><br>    Defendant. | Case No. 2:20-CR-00229-TLN-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AUSENCIO ALVAREZ CORTEZ</u>, Case No. <u>2:20-CR-00229-TLN-1</u> Charge <u>21 USC § 846</u>, from custody for the following reasons: for the following reasons:

|     |     |
|-----|-----|
|     | Release on Personal Recognizance |
| X   | Bail Posted in the Sum of $ <u>50,000 (co-signed)</u> |
|     | Unsecured Appearance Bond $ |
|     | Appearance Bond with 10% Deposit |
|     | Appearance Bond with Surety |
|     | Corporate Surety Bail Bond |
| X   | (Other): <u>Defendant shall be released upon the posting of the unsecured appearance bond on 12/15/2020. With pretrial supervision and conditions of release as stated on the record in court.</u> |

Issued at Sacramento, California on December 14, 2020 at 2:29 p.m.

December 19, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE