1  DINA L. SANTOS, SBN 204200
   Dina L. Santos, A Professional Law Corp.
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   Telephone: (916) 447-0160
4
5  Attorney for
   Ausencio Alvarez Cortez
6
                    UNITED STATES DISTRICT COURT
7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          )  Case No.: 20-CR-229 TLN
10                                     )
               Plaintiff,             )  STIPULATION AND ORDER TO
11                                     )  CONTINUE STATUS CONFERENCE
          vs.                          )
12 AUSENCIO ALVAREZ CORTEZ,            )  Date:   July 22, 2021
                                       )  Time:   9:30 a.m.
13 ANGEL ISMAEL RAMIREZ,               )  Judge:  Hon. Troy L. Nunley
                                       )
14             Defendants.            )
                                       )
15                                     )

16                            **STIPULATION**

17      The United States of America through its undersigned counsel, James Conolly,

18 Assistant United States Attorney, together with Attorney Dina Santos, counsel for

19 Ausencio Alvarez Cortez, and Attorney Adam Pennella, Counsel for Angel Ismael

20 Ramirez, hereby stipulate the following:

21   1. The Status Conference was previously set for April 15, 2021.  By this stipulation,

22      the parties now move to continue the Status Conference to July 22, 2021, at 9:30

23      a.m. and to exclude time between April 15, 2021, and July 22, 2021, under the

24      Local Code T-4 (to allow defense counsel time to prepare).

25   2.  The parties agree and stipulate, and request the Court find the following:

26      a.  A continuance is requested to continue to allow the Defense to meet with the

27          Client, review the discovery, conduct investigation, and discuss a potential

28          resolution.

                    STIPULATION AND ORDER          - 1 -

1      b.  Counsel for the Defendant believes the failure to grant a continuance in this

2          case would deny defense counsel reasonable time necessary for effective

3          preparation, taking into account the exercise of due diligence.

4      c.  The Government does not object to the continuance.

5      d.  Based on the above-stated findings, the ends of justice served by granting the

6          requested continuance outweigh the best interests of the public and the

7          defendants in a speedy trial within the original date prescribed by the Speedy

8          Trial Act.

9      e.  For the purpose of computing time under the Speedy Trial Act, 18 United

10         States Code Section 3161(h)(7)(A) within which trial must commence, the

11         time period of April 15, 2021, to July 22, 2021, inclusive, is deemed

12         excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and

13         (B)(iv), corresponding to Local Code T-4 because it results from a continuance

14         granted by the Court at defendant's request on the basis of the Court's finding

15         that the ends of justice served by taking such action outweigh the best interest

16         of the public and the defendant in a speedy trial.

17   3.  Nothing in this stipulation and order shall preclude a finding that other provisions

18      of the Speedy Trial Act dictate that additional time periods are excludable from

19      the period within which a trial must commence.

20

21  **IT IS SO STIPULATED.**

22

23  DATED:  April 8, 2021             Phillip Talbert
                             United States Attorney

24

25                             /s/ James Conolly
                           JAMES CONOLLY
                           Assistant U.S. Attorney

26

    DATE:  April 8, 2021

27                             /s/ Dina Santos
                           DINA SANTOS

28                             Attorney for Ausencio Alvarez Cortez

1  DATE:  April 8, 2021

2                                                  /s/ Adam Pennella
                                            ADAM PENNELLA
3                                            Attorney for Angel Ismael Ramirez

4

5

6

7                                    **ORDER**

8        The Court has read and considered the Stipulation Regarding Excludable Time

9  Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby

10 finds that the Stipulation, which this Court incorporates by reference into this Order,

11 demonstrates facts that provide good cause for a finding of excludable time pursuant to

12 the Speedy Trial Act, 18 U.S.C. § 3161.

13       The Court further finds that: (i) the ends of justice served by the continuance

14 outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to

15 grant the continuance would deny defense counsel the reasonable time necessary for

16 effective preparation, taking into account the exercise of due diligence.

17       Nothing in this Order shall preclude a finding that other provisions of the Speedy

18 Trial Act dictate that additional time periods are excluded from the period within which

19 trial must commence.

20

21     **IT IS SO ORDERED.**

22

23 Dated: April 8, 2021

24                                            _____
                                            Troy L. Nunley
25                                            United States District Judge

26

27

28